SEALED 

FILED
NOV 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:13 CR 00404 LJO SKO

12                  Plaintiff,         MOTION AND PROPOSED ORDER TO
                                       SEAL INDICTMENT
13

14     v.

15 SHERISE LANELLE WOOLDRIDGE,

16                  Defendant.

17

18        The government moves the Court, pursuant to Rule 6(e) of the
19 Federal Rules of Criminal Procedure, to order and direct that the
20 Indictment returned by the Grand Jury on November 7, 2013, charging
21 the above defendant with a violation of 18 U.S.C. § 1341 - Mail
22 Fraud, 18 U.S.C. § 1028A - Aggravated Identify Theft; 20 U.S.C. §
23 1097(a) - Financial Aid Fraud and a criminal forfeiture count be kept
24 secret until the defendant named in this Indictment is either in
25 custody or has been given bail on these offenses; and further order
26 that until such time as the defendant is in custody or has been given
27 bail, that no person shall disclose the finding of the Indictment or
28

Motion to Seal Indictment                    1

1 any warrant issued pursuant thereto, except when necessary for the
2 issuance and execution of the warrant.
3 DATED: November 4, 2013                Respectfully submitted,
4                                        BENJAMIN B. WAGNER
                                         United States Attorney
5
6                              By        /s/ Mark J. McKeon
                                         MARK J. McKEON
7                                        Assistant U.S. Attorney
8

9     IT IS SO ORDERED.
10 Dated:   November 7, 2013
11                                       U.S. Magistrate Judge

Motion to Seal Indictment                2