BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721

Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00404-LJO-SKO |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND THE DEFENDANT |
| v. | |
| SHERISE LANELLE WOOLRIDGE, aka Sherise Lynnel Woolridge, | |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

Stipulated Protective Order                                    1

1  NOW, THEREFORE, defendant SHERISE LANELLE WOOLRIDGE, by and through
2 her counsel of record ("Defense Counsel"), and plaintiff the United
3 States of America, by and through its counsel of record, hereby agree and
4 stipulate as follows:
5  1.   This Court may enter protective orders pursuant to Rule 16(d)
6 of the Federal Rules of Criminal Procedure, and its general supervisory
7 authority.
8  2.   This Order pertains to all discovery provided to or made
9 available to Defense Counsel as part of discovery in this case
10 (hereafter, collectively known as "the discovery").
11  3.   By signing this Stipulation and Protective Order, Defense
12 Counsel agree not to share any documents that contain Protected
13 Information with anyone other than Defense Counsel and designated defense
14 investigators and support staff.  Defense Counsel
15 may permit the defendant to view unredacted documents in the
16 presence of her attorney, defense investigators, and support staff.  The
17 parties agree that Defense Counsel, defense investigators, and support
18 staff shall not allow the defendant to copy Protected Information
19 contained in the discovery.  The parties agree that Defense Counsel,
20 defense investigators, and support staff may providethe defendant with
21 copies of documents from which Protected Information has been redacted.
22  4.   The discovery and information therein may be used only in
23 connection with the litigation of this case and for no other purpose.
24 The discovery is now and will forever remain the property of the United
25 States Government.  Defense Counsel will return the discovery to the
26 Government or certify that it has been shredded at the conclusion of the
27 case.
28

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that a defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated:                              BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ MARK J. McKEON
                                    MARK J. MCKEON
                                    Assistant United States Attorney


Dated: 11/21/2013                   /s/ PETER JONES
                                    PETER JONES
                                    Counsel for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: 11/21/13

_____
UNITED STATES MAGISTRATE JUDGE

Stipulated Protective Order                3