BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

FILED
AUG 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SHERISE LANELLE WOOLRIDGE,<br>aka Sherise Lynnel Woolridge,<br><br>           Defendant. | CASE NO. 1:13-CR-00404-LJO-SKO<br><br>**ORDER FOR FORFEITURE<br>MONEY JUDGMENT** |

Based upon the United States' Application for Forfeiture Money Judgment and the entry of a guilty plea as to defendant Sherise Lanelle Woolridge aka Sherise Lynnel Woolridge,

IT IS HEREBY ORDERED that

1. Defendant Sherise Lanelle Woolridge aka Sherise Lynnel Woolridge shall forfeit to the United States $347,732.00 and the Court imposes a personal forfeiture money judgment against the defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the

United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment.

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $ _The Amount owing_ to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: Aug 3, 2015

Honorable LAWRENCE J. O'NEILL
United States District Judge

Order for Forfeiture Money Judgment

2