PHILLIP A. TALBERT
Acting United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHERISE LANELLE WOOLRIDGE,<br>aka Sherise Lynnel Woolridge,<br><br>                    Defendant. | CASE NO. 1:13-cr-00404-LJO-SKO<br><br>MOTION TO DISMISS PRETRIAL VIOLATION PETITION AND RECALL WARRANT; ORDER THERON |

    On August 3, 2015, the defendant was sentenced to 54 months in custody, and ordered to self-surrender to the institution designated by the Bureau of Prisons by 2:00 p.m. on September 21, 2015.

    On August 28, 2015, Pretrial Services filed a Pretrial Services Violation Petition against the defendant for an alleged use of a narcotic drug on or about August 20, 2015, and the court issued a no-bail arrest warrant.

    On September 23, 2015, the defendant self-surrendered to Dublin FCI before the warrant could be executed to begin serving

MOTION TO DIMISS PTS VIOLATION
PETITION                                    1

her sentence.

The government hereby moves to dismiss the Pretrial Services Violation Petition in the interest of justice, and requests the court to recall the arrest warrant.

Dated:  June 10, 2016                    PHILLIP A. TALBERT
                                         Acting United States Attorney

                                    By:  /s/ MARK J. MCKEON
                                         MARK J. MCKEON
                                         Assistant U.S. Attorney

                                    ORDER

IT IS SO ORDERED.

   Dated:  **June 13, 2016**                    **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE

MOTION TO DIMISS PTS VIOLATION PETITION                2